## CLERK'S COURTROOM MINUTE SHEET - CRIMINAL - MAGISTRATE JUDGE

UNITED STATES OF AMERICA

v.                                                                                           Case No: 04-20017-01-JWL

MANOJ JAIN

AUSA:  Leon J. Patton
Counsel for Defendant:  David H. Dickieson / Tricia A. Tenpenny

| | | | |
|---|---|---|---|
| **JUDGE:** | David J. Waxse | **DATE:** | April 11, 2005 |
| **DEPUTY CLERK:** | Lori Lopez | **RECORDED:** DJW-2005-05 | 9:00 |
| **INTERPRETER:** | None | **PRETRIAL/PROBATION:** | None |

Length of Hearing:  0  Hr(s)  15  Min(s)                                      Location:  Kansas City, Kansas
Hearing Concluded:   (x) Yes        ( ) No

### PROCEEDINGS

| | | | | | | |
|---|---|---|---|---|---|---|
| (x) | Rule 5 Hearing | ( ) | Initial Revocation Hearing | | ( ) | Bond Hearing |
| ( ) | Identity Hearing | ( ) | Held  ( ) | Waived | ( ) | Bond Revocation Hearing |
| ( ) | Preliminary Hearing | ( ) | Held  ( ) | Waived | (x) | Arraignment |
| ( ) | Detention Hearing | ( ) | Held  ( ) | Waived | ( ) | |
| ( ) | Discovery Conference | ( ) | Held  ( ) | Waived | | |

( ) Interpreter           ( ) Sworn                    ( ) Previously sworn
(x) Charges and penalties explained to defendant
( ) Defendant sworn and examined re: financial ability to retain counsel
( ) Counsel appointed                    ( ) At defendant's expense
( ) Constitutional rights explained      ( ) Felony            ( ) Misdemeanor
( ) Defendant declined to waive indictment    ( ) Will be presented by next Grand Jury
( ) Signed Waiver of Indictment
( ) Advised of rights under Rule 20
( ) Signed Consent to Transfer (Rule 20)
( ) Petition to Enter Plea Filed                    ( ) Plea Agreement Attached
( ) Transferred to:

(x)  ARRAIGNMENT AND PLEA:                                        (x)   No. of Counts: 3
    (x)  Waived Reading of    (x) Third Superseding Indictment    ( ) Read to Defendant
    ( )  Previous Plea         ( ) Guilty    ( ) Not Guilty    Counts:
    ( )  Guilty                                                Counts:
    (x)  Not Guilty                                            Counts:  #1, #2 and #3

( ) Bail denied              ( ) Bail fixed at              (x) Bail remains at
(x) Personal Recognizance    ( ) Unsecured                  ( ) Secured
(x) Release Order            ( ) Executed                   (x) Continued in effect
( ) Deft. remanded to custody  ( ) Pending compliance with conditions of release
( ) Detention Ordered

Motions to be filed by:
Response(s) to be filed by:
Motions to be heard:
Deft's next appearance:    April 11, 2005 at 9:30 a.m. before Judge Lungstrum for motions hearing

Miscellaneous: