IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

v.      Case No; 04-20017-01, 03 & 04-JWL

**MANOJ JAIN (01),**
**RICHARD CAYCE, SR., (03),**
**and**
**RICHARD CAYCE, JR. (04),**

      **Defendants.**

### ORDER

A telephone status conference was held on September 6, 2005 before the undersigned. The government appeared through counsel Leon Patton. Defendant Manoj Jain appeared with counsel David H. Dickieson and Tricia Tenpenney. Defendant Richard Cayce, Sr., appeared through counsel Michael Harris. Defendant Richard Cayce, Jr., appeared through counsel Forrest Lowry.

After consultation with counsel, the Court re-set the following deadlines in this case:

1. Any motions in limine shall be filed by **September 16, 2005** and responses thereto shall be filed by **September 21, 2005.** The limine conference is rescheduled for **Tuesday, September 27, 2005 at 3:00 p.m.** in Courtroom #427, Robert J. Dole United States Courthouse, 500 State Avenue, Kansas City, Kansas.

2. The parties shall make expert disclosures no later than **September 14, 2005.**

3.	The government shall provide any notice pursuant to Rule 404(b) no later than **September 13, 2005.**

4.	The court sets the following schedule for the trial of this case.  The trial will be held on the dates listed below and will begin at 9:00 a.m. on each day unless otherwise noted:

October 13, 14, 18 at 10:30 a.m., 19, 20, 21, 27, and 28

November 1, at 10:30 a.m., 2, 4, 8 at 10:30 a.m., 9, 10, 15 at 10:30 a.m., 16, 17 and 18

**IT IS SO ORDERED**.

Dated in Kansas City, Kansas this 6th day of September, 2005.

s/ John W. Lungstrum
John W. Lungstrum
District Judge